| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: <br> SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____    Chapter   7 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    Bolster.US, Inc.

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    82-3220537

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 132 W. 31st Street <br> 9th Floor <br> New York, NY 10011 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| New York <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**    https://www.bolster.us/

**6. Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 1

Debtor  Bolster.US, Inc.                                                                 Case number (*if known*) _____
        Name

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
      http://www.uscourts.gov/four-digit-national-association-naics-codes.
      ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☒ Chapter 7
   - ☐ Chapter 9
   - ☐ Chapter 11. Check **all** that apply:
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   - ☒ No.
   - ☐ Yes.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    - ☒ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____  Relationship _____
    District _____  When _____  Case number, if known _____

Debtor  **Bolster.US, Inc.**     Case number (*if known*) _____
      Name

**11. Why is the case filed in *this district?***  
*Check all that apply:*  
☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.  
☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**  
☒ No  
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.  

**Why does the property need immediate attention?** (*Check all that apply.*)  
☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.  
   What is the hazard? _____  
☐ It needs to be physically secured or protected from the weather.  
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).  
☐ Other _____

**Where is the property?** _____  
   Number, Street, City, State & ZIP Code

**Is the property insured?**  
☐ No  
☐ Yes. Insurance agency _____  
      Contact name _____  
      Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  
*Check one:*  
☐ Funds will be available for distribution to unsecured creditors.  
☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**  
☐ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000  
☐ 50-99     ☐ 5001-10,000     ☐ 50,001-100,000  
☒ 100-199     ☐ 10,001-25,000     ☐ More than 100,000  
☐ 200-999

**15. Estimated Assets**  
☐ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion  
☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion  
☒ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion  
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**  
☐ $0 - $50,000     ☒ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion  
☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion  
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion  
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor  Bolster.US, Inc.                                      Case number (*if known*) _____
        Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 24, 2024
               MM / DD / YYYY

**X** /s/   Anna Karp                                         Anna Karp
    Signature of authorized representative of debtor         Printed name

Title   CEO

**18. Signature of attorney**

**X** /s/ Erica Aisner                                        Date    January 24, 2024
    Signature of attorney for debtor                                 MM / DD / YYYY

Erica Aisner
Printed name

Kirby Aisner & Curley LLP
Firm name

700 Post Road
Suite 237
Scarsdale, NY 10583
Number, Street, City, State & ZIP Code

Contact phone _____                    Email address   eaisner@kacllp.com

4106084 NY
Bar number and State

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 4

**JOINT WRITTEN CONSENT AND ACTION OF**

**THE BOARD OF DIRECTORS AND**

**THE REQUISITE STOCKHOLDERS OF**

**BOLSTER.US, INC.**

**January 23, 2024**

Pursuant to §§228 and 141(f) of the Delaware General Corporation Law (the "*DGCL*"), the undersigned, being all of the members of the Board of Directors (the "*Board*") and the holders (the "*Stockholders*") of at least a majority of each class of stock of Bolster.us, Inc., a Delaware corporation (the "*Corporation*"), hereby adopt and approve the following recitals and resolutions by unanimous written consent without a meeting:

### 1. RETAINER AGREEMENT – KIRBY, AISNER, & CURLEY, LLP

**WHEREAS**, each undersigned director and Stockholder believes it is in the best interests of the Corporation to execute that certain Retainer Agreement with Kirby Aisner & Curley, LLP ("*KAC*"), dated as of the date hereof (the "*Retainer Agreement*").

**RESOLVED**, that the Retainer Agreement and engagement of KAC to pursue a bankruptcy matter on behalf of the Corporation is hereby approved in full.

### 2. AUTHORITY TO COMMENCE BANKRUPTCY PROCEEDING

**WHEREAS**, each undersigned director and Stockholder believes it is in the best interests of the Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code.

**RESOLVED**, that the authorized officers of the Corporation are hereby authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 Voluntary Bankruptcy case on behalf of the Corporation.

**RESOLVED**, that the authorized officers of the Corporation are authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case.

**RESOLVED**, that the authorized officers of the Corporation are authorized and directed to employ Erica Aisner, attorney, and the law firm of Kirby Aisner & Curley, LLP to represent the Corporation in such bankruptcy case.

### 3. ENABLING RESOLUTION

**RESOLVED**, that each of the officers of the Corporation is authorized to do or cause to be done any and all such further acts and to execute and deliver any and all such additional documents as such officer may deem necessary or appropriate in order to carry into effect the purposes and intent of the foregoing resolutions.

[**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**]

This consent may be executed in any number of counterparts, each of which when so executed and delivered shall be deemed an original, and such counterparts shall together constitute one and the same document. This action by written consent is effective, and the resolutions herein are adopted, as of the date last signed below. Each of the undersigned hereby executes this consent in the undersigned's capacity as a director, stockholder, and officer of the Corporation, as applicable.

**DIRECTORS**

Date: 01 / 23 / 2024

By: *Fraser Patterson*
Fraser Patterson, Director

Date: 01 / 23 / 2024

By: *[signature]*
Anna Karp Rodriguez, Director

**STOCKHOLDERS**

Date: 01 / 23 / 2024

By: *Fraser Patterson*
Name: Fraser Patterson

Date: 01 / 23 / 2024

By: *[signature]*
Name: Anna Karp Rodriguez

**PORCH.COM, INC.**

Date: 01 / 23 / 2024

By: *[signature]*
Name: Matthew Ehrlichman
Title: Chief Executive Officer

# United States Bankruptcy Court
## Southern District of New York

In re: Bolster.US, Inc.
Debtor(s)

Case No.
Chapter: 7

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: January 24, 2024

/s/ Anna Karp
Anna Karp/CEO
Signer/Title

2L Engineering
150 West 30th Street, 4th floor
New York, NY 10001


Aaron Foster / Niesha Foster
37 Riverside Drive, Unit 6A New York, NY
New York, NY 10023


Abdul Azeez
107-33 107th Street
Ozone Park, NY 11417


ABR Painting
26 Carl's Place
Riverhead, NY 11901


ADP
1 ADP Blvd
Roseland, NJ 07068


Air Plus Environmental Services
474 Malbone St
Brooklyn, NY 11225


Alena Lagunina / Keith Allman
322 West 22nd Street, Unit 5
New York, NY 10011


All Around Electric
554 OCEAN AVENUE
Brooklyn, NY 11230


All State Piping
1828 Haight Avenue
Bronx, NY 10461


All-American Stairs
130-23 91st Avenue
Richmond Hill, NY 11418


Allan Calderon
339 Herzl Street
Brooklyn, NY 11212


Ally Bank
1177 Avenue of the Americas
New York, NY 10036


Almir Construction
2889 86th Street
Brooklyn, NY 11223


American Woods & Veneers
47-35 27th Street
Long Island City, NY 11101

Andrew Radcliffe
41 5th Avenue
New York, NY 10003

Angelo Gulo
124 Mercer Street, APT 5
Jersey City, NJ 07302

Anna Karp Rodriguez
250 Riverside Drive Apt 41
New York, NY 10025

Anna Karp Rodriguez
250 Riverside Drive, Apt 41
New York, NY 10025

Apple
115-56 122 Street,
South Ozone Park, NY 11420

Architectural Grille
42 2nd Avenue
Brooklyn, NY 11215

B&H Restoration
37-39 9th Street
Long Island City, NY 11101

Beacon Talent LLC
195 Montague Street, 14th Floor
Brooklyn, NY 11201

Bespoke Architecture
22 West 130th St, Unit 3,
New York, NY 10037

Beth Webb / Jim Webb
910 Park Avenue, Unit 4S
New York, NY 10075

Blue Sky Design
121 West 27th Street Suite 904
New York, NY 10001

Brick Underground
89-12 70th Avenue
Forest Hills, NY 11375

BSH Tile
2359 Hollers Ave
Bronx, NY 10475

Byron Cook / Bee Lavender
615 Jefferson Avenue
Brooklyn, NY 11221

Celtic Building Supplies  
68 Torre Place  
Yonkers, NY 10703

CFG Merchant Solutions  
201 Route 17 North, Ste. 805  
Rutherford, NJ 07070

Christina Clarke  
545 West 111th Street, Apt 2L  
New York, NY 10025

Christopher M Bhagwandin  
116-29 131st Street  
South Ozone Park, NY 11420

CLT Recruiters  
13 Francis Court  
Millstone Township, NJ 08510

CMG Merchant Solutions  
180 Maiden Lane, 15th Floor  
New York, NY 10038

Concord Consulting Engineer  
12 Tree Top Ter  
Morristown, NJ 07960

Dean Borman / Michelle Parenti  
114 East 13th Street 10A/Bv  
New York, NY 10003

Dependable Glass  
112 12th Street  
Brooklyn, NY 11215

Duane L Johnson  
956 E 55th Street  
Brooklyn, NY 11234

Duplex  
701 Tillery Street   Unit 12 Suite 75  
Austin, TX 78702

Edisson R Fajardo  
101-26 39th Ave  
Corona, NY 11368

Edona Selimaj  
23 Christina Way  
Milton, NY 12547

Elecom  
120 Old Westbrookvile Rd  
Wurtsboro, NY 12790

Elise Baron / Davey Baron
31 Harrison Street
New York, NY 10013


Excellent General Contracting
435 Linden Boulevard
Brooklyn, NY 11203


Financial Agent Service
PO Box 2576
Springfield, IL 62708


First Funding Insurance
450 Skokie Boulevard Ste 1000
Northbrook, IL 60062


Fora Financial Advance LLC
1385 Broadway, 15th Floor
New York, NY 10018


Formia Marble
219 11th Avenue, Roselle, NJ 07203
Roselle, NJ 07203


Founders Law
2626 N Halsted St Unit 1
Chicago, IL 60614


Fraser Patterson
150 East 58th Street
New York, NY 10155


Freddy Cercado
108-07 Liberty Avenue
South Richmond Hill, NY 11419


Freddy Leon
1912 1st Avenue Apt 1008
New York, NY 10029


G&B Construction
87-20th Jamaica
Richmond Hill, NY 11418


Gaetano Brugellis
8 August Road
Goshen, NY 10924


Gerald Durand
1466 Dean Street
Brooklyn, NY 11213


Glass Factory US
139 Avenue D
New York, NY 10009

Grant Engineering  
139 Fulton Street Suite 907  
New York, NY 10038

Green Earth Environmental  
342 Orchard Rd  
Jefferson Valley, NY 10535

Gul & G  
60 Bridle Lane  
Hicksville, NY 11801

HSA Contracting  
47-17 39th Street Apt #11B  
Sunnyside, NY 11104

HVAC Experts  
7 Skyline Drive Ste 350  
Hawthorne, NY 10532

IKON Windows  
68 34th St B526  
Brooklyn, NY 11232

Impact Plumbing  
3581 Laconia Avenue  
Bronx, NY 10469

Industrie Brooklyn  
1230 73rd Street  
Brooklyn, NY 11228

Internal Revenue Service  
Centralized Insolvency Operations  
PO Box 7346  
Philadelphia, PA 19101-7346

Isaiah Parker  
139-36 248th Street  
Rosedale, NY 11422

J Rapaport  
482 Nordhoff Place  
Englewood, NJ 07631

Jabco Contracting  
896 Manhattan Ave Ste 37  
Brooklyn, NY 11222

James Black PR  
295 Central Park West, 2B  
New York, NY 10024

James Randolph  
2733 East 12th Street Apt 3A  
Brooklyn, NY 11235

Javier Amaro
94th Road
Queens Village, NY 11428

Jeronimo Aguilar Gutierrez
39 East 12th Street Apt 203
New York, NY 10003

John Kraska / Nicole Dietrich
160 Henry Street 9C
Brooklyn, NY 11201

JP Sons & Electric
20 Waterside Plaza, Suite 4000
New York, NY 10010

JSN Painting
160-24 91st Street
Howard Beach, NY 11414

Julie Farrer
207 Saddle Mountain Road SE
Rome, GA 30161

Julien Barthelemy / Eve Ravelojaona
53 Remsen Street, Unit 6
Brooklyn, NY 11201

Kenson A Victor
2055 Davidson Avenue apt 3C
Bronx, NY 10453

Kuldeep Madan / Manjola Madan
3 Court Square, Unit 2311 & 2312
Long Island City, NY 11101

Liberty Personnel Services
300 Conshohocken State Rd, Ste 750
West Conshohocken, PA 19428

Lilia Levine
137 East 15th Street, Unit 1B
New York, NY 10003

LMJ
15605 77th Street
Howard Beach, NY 11414

Lucio R Garcia
15 Crittenden Place
Staten Island, NY 10302

M. Teixeira
547 South Broad Street
Glen Rock, NJ 07452

Madera
22 Waverly Avenue
Brooklyn, NY 11205

Mahmoud Arram / Jessica Fitts
368 5th Street
Brooklyn, NY 11215

Manhattan Fire & Safety
242 West 30th Street
New York, NY 10001

Matt Cipolla / Clark Johnsen
21-43 45th Avenue
Long Island City, NY 11101

Matthew Victor
315 East 88th 3G
New York, NY 10128

McMullen Architecture
200 Montague Street, Apt 18E,
Brooklyn, NY 11201

Melanius La Corbiniere
160-19 108th Avenue
Jamaica, NY 11433

Michael Norris
84-04 Lefferts Boulevard #2
Kew Gardens, NY 11415

Midland Electric
37-31 58th Street
Woodside, NY 11377

Miguel Angel Barcia
60-49 55th Street Apt 1-RT
Maspeth, NY 11378

Millwork Express
301 Walton Ave
Bronx, NY 10451

Municipal Building Consultants
233 Broadway, Ste 2050
New York, NY 10279

Myrben Services
97-25 104th Street
Ozone Park, NY 11416

Nicholas Gulati / Nikolai Krylov
165 East 72nd Street, Unit 16E New York,
New York, NY 10021

```
Nicholas Valent
2055 Davidson Avenue Apt 3c
Bronx, NY 10453


Nicole / Johannes Van Der Tuin
160 Columbia Heights, Unit 3
Brooklyn, NY 11201


Nicole Kaes
34 Oakwood Ave. Unit 1
Montclair, NJ 07043


Nicole Riggs / Rick Zappala
130 Barrow Street, Unit 413
New York, NY 10014


NY Citi Flooring
60-19 71st Street
Maspeth, NY 11378


NY Group Construction
2100 Eastchester Road 2B
Bronx, NY 10461


NYC Dept. of Finance
Office of Legal Affairs
375 Pearl Street, 30th Street
New York, NY 10038


NYC Piping & Cleaning
36 Travis Rd
Baldwin Place, NY 10505


NYS Dept. of Taxation & Finance
Bankruptcy/ Special Procedures Section
PO Box 5300
Albany, NY 12205-0300


Of Possible
68 Jay Street Ste 908
Brooklyn, NY 11201


Office of the United States Trustee
One Bowling Green
New York, NY 10004-1408


OliverReichert / Yara Reichert
240 East 68th Street New York, NY 10065
10065


Omada
1518 146th St
Whitestone, NY 11357
```

Omar Wilson
680 East 224th Street
Bronx, NY 10466


Orbit
2341 McDonald Ave
Brooklyn, NY 11223


Paknia Engineering
115 W 29th Street
New York, NY 10001


Panko MC
1104 Courtright Ln
East Stroudsburg, PA 18302


Park Slope Self Storage
88 9th Street
Brooklyn, NY 11215


Perinoto Home Improvement
22 Vitti Street
New Canaan, CT 06840


Peter Furci / Suzanne Elio
70 East 10th Street, Apt 6G
New York, NY 10003


Phoenix
128 Sutton Street,
Brooklyn, NY 11222


Plus Renovation
45-12 46th Street
Sunnyside, NY 11104


Porch
220 1st Avenue South, Suite 400
Seattle, WA 98134


Powerfull Electric
167 Division Avenue Ground Floor
Brooklyn, NY 11211


Queens County
3915 Provost Ave
Bronx, NY 10466


Rachel Zinovoy
315 East 88th 3G
New York, NY 10128


Ramp
28 West 23rd Street
New York, NY 10010

Rauch Architecture
40 Adrian Ave
Bronx, NY 10463

Regus / Spaces
401 Park Ave S 10th Floor
New York, NY 10016

Renzo G Rossini
2545 90th Street
East Elmhurst, NY 11369

Rick Johnson
26 Berkeley Place, Unit 1
Brooklyn, NY 11217

Rigoberto Romero
858 Knickerbocker Avenue Apt 1R
Brooklyn, NY 11207

Robert McFarlane / Anne Shaughnessy
418 Henry Street, Unit 4
Brooklyn, NY 11201

Rodman Paul
118 Chambers Street, 4th Floor
New York, NY 10007

Rohenne Lee / Ezequiel Baril
101 W 67th Street
New York, NY 10023

Rolando Gonzalez-Bunst
Matias / Monica
136 East 79th Street, Unit 1W
New York, NY 10075

Royal Green
280 Broadway
New York, NY 10007

Ruben Rosario
1840 Lexington Avenue Apt 7A
New York, NY 10029

Setanta
385 5th Ave
New York, NY 10016

Seth Cope
14 Judge St 3L
Brooklyn, NY 11211

Sirocco Wilson
597 Halsey Street
Brooklyn, NY 11233

Skyline
220 East 138th Street
Mahopac, NY 10541


Starlite Solutions
260 Milford Street
Brooklyn, NY 11208


Suneel Kaji / Lillian Lee
55 Liberty Street, Apt 5A
New York, NY 10005


The Hudson Co
2290 New York 199
Pine Plains, NY 12567


Tiger Plumbing
461 West 261st Street
Bronx, NY 10471


U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203


U.S. Small Business Administration
Attn: Jeffrey H. Schervone, Esq.
26 Federal Plaza, Room 3100
New York, NY 10278


UNUS
18 Stanley Street
Inwood, NY 11096